

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DSS:SDD
F.#2011R00814

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 25, 2012

The Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. John Doe
            Criminal Docket No. 12-131 (ILG)

Dear Judge Glasser:

      The government respectfully requests that sentencing in the above-referenced case, which is currently scheduled for June 1, 2012, be adjourned for approximately 90 days.  As set forth in the memorandum to the Court from Pretrial Services, the defendant was recently arrested by the New York City Police Department.  A determination of the circumstances relating to the arrest may be relevant to the defendant's sentencing.  In addition, an adjournment of 90 days will allow the Probation Department to complete the Presentence Investigation Report.  Accordingly, the government requests an adjournment so that the parties may address the significance of the arrest, if any, to the defendant's sentencing in the instant case.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                    By:   /s/
                              Seth D. DuCharme
                              Assistant U.S. Attorney
                              (718) 254-6021

cc:  Michael Schneider, Esq.